STATE, Respondent, v. CUNNINGHAM, Appellant.

(187 N. W. 967.)

(File No. 5071.   Opinion filed May 3, 1922.)

**Appeals—No Brief, Extension Order or Stipulation—Affirmance.**
    Where, after an order on stipulation extending time for filing appellant's brief, no brief was filed for nearly two months, appeal will be deemed abandoned and judgment affirmed.

Appeal from Circuit Court, Stanley County.   Hon. JOHN F. HUGHES, Judge.

The Defendant, Dean Cunningham, was convicted of the crime of rape, and he appeals.   Judgment affirmed.

*Gardner & Churchill, W. W. Howes,* and *Martens & Goldsmith,* for Appellant.

*Byron S. Payne,* Attorney General, for Respondent.

·· PER CURIAM. The appeal in this cause having been perfected on December 5, 1921, and a stipulation and order having been made giving appellant until March 7, 1922, within which to serve and file brief, and no such brief having been filed, and no further stipulation having been filed, the appeal will be deemed abandoned, and the judgment and order denying new trial will be affirmed.